

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590

October 29, 2019

<u>VIA FACSIMILE TRANSMISSION</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

19-cv-9744

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 10-30-19

**Re:** *SEC v. Taylor, et al.,* ~~19-cv-07944~~ **(LAP)**

Dear Judge Preska:

The Securities & Exchange Commission ("Commission") writes to respectfully request the Court's permission to strike the original Complaint filed on October 22, 2019 (ECF No. 1) in the above-captioned matter. On October 25, 2019, the Court authorized the Commission to file a replacement complaint in order to remove the name of a third party, who was erroneously named in the original Complaint. (ECF No. 4) However, the clerk's office has advised counsel to the Commission that the original Complaint cannot be removed from the public docket without a court order that specifically directs that the original Complaint be stricken from the record. Counsel was directed to file a letter with the Court seeking this relief.

Accordingly, the Commission requests that the Court order that <u>the original Complaint (ECF No. 1) be immediately removed from the public docket and stricken from the record.</u>

We greatly appreciate the Court's assistance in this matter.

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/30/19

Sincerely,

*Assunta Vivolo (vrb)*

Assunta Vivolo