UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States Securities and
Exchange Commission,
                     Plaintiff(s),

        -against-

Benjamin Taylor, et al.,
                     Defendant(s).
------------------------------------x

19 Civ. 9744 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 6, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_Loretta A. Preska_

LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: February 26, 2020
New York, New York