

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2021

**BY ECF**

Honorable Loretta A. Preska
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Securities and Exchange Commission v. Joseph Abdul Noor El-Khouri*,
              19 Civ. 9744 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter pursuant to the Court's order, dated January 26, 2021 (the "January 26 Order"), directing the Government to provide an update regarding the status of defendant Joseph El-Khouri's criminal case (Dkt. No. 29). The defendant's extradition proceedings in the United Kingdom remain pending, as does the criminal case against the defendant, *United States v. Joseph El-Khouri*, 19 Cr. 652 (JGK).

    As directed in the January 26 Order, the Government will provide an update by letter in 90 days, and will notify the Court promptly when the defendant's criminal case is resolved.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              United States Attorney

                         by:          /s/
                                              Richard Cooper/Daniel Tracer
                                              Assistant United States Attorneys
                                              (212) 637-1027 / 2329

cc:       All counsel (by ECF)