**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN TAYLOR, DARINA WINDSOR, and JOSEPH ABDUL NOOR EL-KHOURI, <br><br> Defendants. | **Civil Action No.  19-09744 (JLR)** |

**AFFIRMATION OF RUA M. KELLY IN SUPPORT**
**OF REQUEST FOR CERTIFICATE OF DEFAULT**

I, Rua M. Kelly, hereby declare as follows:

1.       I am senior trial counsel in the Boston Regional Office of the Securities and Exchange Commission (the "Commission"), the Plaintiff in this matter.  I submit this declaration pursuant to Federal Rule of Civil Procedure 55(a) in support of the Plaintiff Commission's Request for a Clerk's Certificate of Default as to Defendant Darina Windsor.

2.       This action was commenced pursuant to Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78j(b), 78n(e)] and Rules 10b-5 and 14e-3 thereunder [17 C.F.R. §§ 240.10b-5, 240.14e-3].

3.       The time for defendant Darina Windsor ("Windsor") to answer or otherwise move with respect to the amended complaint herein has expired.

4.       Defendant Windsor has not answered or otherwise moved with respect to the amended complaint, and the time for Defendant Windsor to answer or otherwise move has not been extended.

5.      I know from my involvement in this case and the preceding investigation that

Darina Windsor is not an infant, is not in the military service of the United States as appears

from facts in this litigation, and is not incompetent for purposes of defending a civil lawsuit.

6.      On April 5, 2023, the Honorable Jennifer L. Rochon issued an order authorizing

the Commission to seek a clerk's certificate of default for Darina Windsor pursuant to Federal

Rule of Civil Procedure 55(a).  *See* ECF No. 52.

7.      I affirm that defendant Darina Windsor was properly served under Fed. R. Civ. P.

4 and proof of service has been filed with the court.

WHEREFORE, plaintiff Commission requests that the default of defendant Darina

Windsor be noted and a certificate of default issued.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

and correct.


Executed on April 28, 2023
at Boston, Massachusetts

_Rua M. Kelly_
Rua M. Kelly