

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590**

April 2, 2024

<u>VIA ECF FILING</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

  Re: <u>**SEC v. Taylor, Windsor, and El-Khouri**, 19-cv-09744 (JLR)</u>

Dear Judge Rochon:

  The Commission and its staff sincerely apologize for the delay in filing this report, which was due on March 29.  Undersigned counsel has taken steps to ensure that any future status reports are timely filed.

  As to defendant Taylor, the Court stayed the civil action as to Taylor on the motion of the United States Attorney's Office.  *See* ECF No. 50 (Jan. 26, 2021 Order).  Taylor has now appeared in the case through U.S. counsel of record.  The Commission does not have any new developments to report with regard to the criminal case against Taylor.

  As to defendant El-Khouri, the Court stayed the civil action as to El-Khouri on the motion of the United States Attorney's Office.  *See* ECF No. 29 (Mar. 2, 2023 Order).  El-Khouri had appeared in the case through U.S. counsel of record but remains in the United Kingdom pending extradition proceedings.  On January 8, 2024, the Supreme Court of the United Kingdom granted El-Khouri permission to file a discretionary appeal with the court regarding his extradition to the United States.  The appeal remains pending with the high court and the Commission does not have any specific information regarding the likely timing of a decision.

  We are available to answer any other questions that the Court may have in this matter.

               Sincerely,


               Rua M. Kelly