

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590**

July 22, 2024

<u>VIA ECF FILING</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

  Re: <u>***SEC v. Taylor, Windsor, and El-Khouri*, 19-cv-09744 (JLR)**</u>

Dear Judge Rochon:

  The Commission writes to provide a status update on the above-captioned matter.

  As to defendant Taylor, the Court stayed the civil action as to Taylor on the motion of the United States Attorney's Office.  *See* ECF No. 50 (Jan. 26, 2021 Order).  Taylor has appeared in the case through U.S. counsel of record.  The Commission does not have any new developments to report with regard to the criminal case against Taylor.

  As to defendant El-Khouri, the Court stayed the civil action as to El-Khouri on the motion of the United States Attorney's Office.  *See* ECF No. 29 (Mar. 2, 2023 Order).  El-Khouri had appeared in the case through U.S. counsel of record but remains in the United Kingdom pending extradition proceedings.  On January 8, 2024, the Supreme Court of the United Kingdom granted El-Khouri permission to file a discretionary appeal with the court regarding his extradition to the United States.  The appeal is now scheduled for oral argument before the high court on October 9, 2024, with a decision to be issued within four to six months of the hearing.

  We are available to answer any other questions that the Court may have in this matter.  The Commission respectfully requests the Court's permission to file the next status report on or after October 16, 2024, so that we can report to the Court after the El-Khouri appeal is heard.

          Sincerely,

          *Rua M. Kelly*

          Rua M. Kelly