

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590

March 13, 2025

VIA ECF FILING

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

    Re:    *SEC v. Taylor, Windsor, and El-Khouri*, 19-cv-09744 (JLR)

Dear Judge Rochon:

    The Commission writes to provide a status update on the above-captioned matter.

    As to defendant Taylor, the Court stayed this case as to Taylor on the motion of the United States Attorney's Office.  *See* ECF No. 50 (Jan. 26, 2021 Order).  The Commission does not have any new developments to report with regard to the criminal case against Taylor.

    As to defendant El-Khouri, the Court stayed this case as to El-Khouri on the motion of the United States Attorney's Office.  *See* ECF No. 29 (Mar. 2, 2023 Order). On February 12, 2025, the Supreme Court of the United Kingdom quashed El-Khouri's order of extradition.  *See* https://supremecourt.uk/uploads/uksc_2023_0127_press_summary_d2202913ef.pdf (summary of Court's opinion, unanimously granting El-Khouri's appeal and finding that all relevant conduct occurred outside of the United States).

    The Commission has conferred with the United States Attorney's Office, and in light of the current circumstances and the high court's ruling on El-Khouri's extradition, we understand that they do not oppose lifting the stay.  The Commission has been in contact with counsel to defendant Taylor regarding the status of these proceedings.  El-Khouri has been served with the complaint in this case, but has not answered or moved to dismiss, nor has counsel entered an appearance on his behalf.

    Should the Court lift the stay, the Commission intends to move forward with the civil action as to the claims against both Taylor and El-Khouri.  We are available to answer any questions or to discuss this matter at the Court's convenience.

Sincerely,

*/s/ Rua M. Kelly*

Rua M. Kelly