UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BENJAMIN TAYLOR, DARINA WINDSOR, and JOSEPH ABDUL NOOR EL-KHOURI,<br><br>  Defendants. | Civil Action No. 19-09744 (JLR) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT**

Plaintiff Securities and Exchange Commission ("Commission") is hereby providing proof of service of Defendant Joseph Abdul Noor El-Khouri as required by the Court's August 13, 2025 order (the "Order") (ECF No. 105). Pursuant to the Order, on August 15, 2025, the Commission sent to El-Khouri's residential address in London (via Federal Express) a copy of the Order along with a copy of the motion for default judgment as to El-Khouri and all supporting papers. On August 18, 2025, the Commission received a notification that Federal Express had delivered the package to El-Khouri's residential address in London on that date. A copy of the proof of service is attached to this status report pursuant to the Court's Order.

Dated: August 20, 2025                    Respectfully submitted,

                                          On behalf of the Commission,

                                          /s *Rua M. Kelly*
                                          Rua M. Kelly
                                          Michael D. Foster
                                          Assunta Vivolo
                                          U.S. Securities and Exchange Commission
                                          Boston Regional Office
                                          33 Arch Street, 24th Floor
                                          Boston, MA  02139
                                          (617)-573-8941 (Kelly direct)
                                          kellyru@sec.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of August 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

      /s/ Rua M. Kelly