# Clifford Chance

**BY ECF**

Honorable Jennifer L. Rochon                                October 9, 2025
United States District Judge, SDNY
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:  SEC v Benjamin Taylor, 19 Civ. 9744 (JLR)**

Dear Judge Rochon:

On behalf of defendant Benjamin Taylor, I respectfully submit this letter-motion to extend the current deadline for defendant Benjamin Taylor to answer the complaint or file a responsive pleading from October 10, 2025, to October 24, 2025.  The SEC does not oppose this request.

Since the Court granted the last extension request in August 2025, the parties have continued their settlement negotiations in earnest and made significant progress.  Based on those discussions, the parties have largely agreed on core settlement terms.  However, the resolution of the SEC matter is contingent upon a resolution of the parallel criminal matter pending in the Southern District of New York.  Although substantial progress has been made with the U.S. Attorney's Office, we have not yet reached a final resolution in the criminal matter.  Accordingly, we are seeking a very brief adjournment of two weeks to allow us to finalize negotiations in both matters.

**Clifford Chance US LLP**

Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +1 212 878 8000 · Direct Dial +12128783051 · celeste.koeleveld@cliffordchance.com · cliffordchance.com

## Clifford Chance

Clifford Chance US LLP

This is the fourth request for an extension of the time to answer.  Given how far the parties have come in their negotiations and the prospect of resolving both the civil and criminal matters, however, we respectfully submit that it would be in the interest of justice to extend the answer deadline by 14 days.  As noted, the SEC does not oppose this request.  An amended case management order is submitted with this letter-motion.

Thank you for your consideration.

Respectfully submitted,

Celeste Koeleveld

Enc.    Proposed Revised CMP

cc:     Rua M. Kelly, Esq.,