TELEPHONE: (617) 573-8941
EMAIL: kellyru@sec.gov

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**BOSTON REGIONAL OFFICE**
33 ARCH STREET
24th FLOOR
BOSTON, MA 02110-1424
PHONE: (617) 573-8900
FACSMILE: (617)573-5940

February 13, 2026

<u>Via ECF Filing</u>

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

>    *Re:    SEC v. Taylor, et al.*, No. 19-cv-09744 (JLR)

Dear Judge Rochon:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter-motion to reopen the case for entry of final judgment pursuant to this Court's previous orders.  *See* ECF No.'s 114 and 118.  The Commission and Defendants Benjamin Taylor ("Taylor") and Darina Windsor ("Windsor") have now reached proposed settlements for the Court's consideration in this case.[1] Enclosed are proposed final judgments (the "Taylor and Windsor Judgments") along with Taylor's and Windsor's executed consents.

The Commission submits that the Taylor and Windsor Judgments are fair and reasonable and in the public interest in light of *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Taylor and Windsor Judgments: (1) permanently enjoin Taylor and Windsor from committing additional violations of the federal securities laws the Commission charged them with violating, including an injunction against engaging in fraud in connection with the purchase or sale of any security; (2) impose disgorgement of $50,000 as to Windsor and $500,000 as to Taylor, amounts that constitute a reasonable approximation of the net profits gained as a result of the conduct alleged in the complaint and, (3) a civil penalty of $50,000 as to Windsor, pursuant to 15 U.S.C. § 78u-1. The Taylor Judgment does not impose a penalty as to Taylor in light of his agreement to enter a guilty plea in the parallel criminal case (captioned *United States v. Taylor, et al.*, Crim. No. 18-cr-00184) (DLC). Also, as noted in the attached Consent, Windsor has entered into a deferred-prosecution agreement with the United States Attorney's Office for the Southern District of New York related to certain matters alleged in the complaint in this action.

---

[1] The Court previously granted the Commission's motion for default judgment entered as to Windsor.  (ECF No. 66). The proposed Windsor Judgment would supersede the prior judgment, as it includes both the previously-ordered equitable relief as well as $50,000 in disgorgement and a $50,000 civil penalty.  The Court had previously stayed ruling on any monetary relief as to Windsor pending the resolution of the parallel claims as to Taylor.  (ECF No. 65).

Page 2
February 12, 2026

     If the Taylor and Windsor Judgments are acceptable to the Court, we respectfully ask that the Court docket the executed copies with the enclosed consents and Exhibits A and B attached.

Respectfully,

Rua M. Kelly
Senior Trial Counsel

Cc:
Celeste Koeleveld, Esq. (by ECF filing and email)
Paul Schoeman, Esq. (by ECF filing and email)