UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

              *Plaintiff*,

              - against -

BENJAMIN TAYLOR, DARINA WINDSOR, JOSEPH ABDUL NOOR EL-KHOURI, and GEORGE NIKAS,

              *Defendants*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 1:19 Cv. 09744 (JLR)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears in the above-captioned proceeding on behalf of Darina Windsor. I certify that I am admitted to practice in this Court.

Dated: New York, New York
        February 13, 2026

HERBERT SMITH FREEHILLS KRAMER (US) LLP

/s/ Paul H. Schoeman
------
Paul H. Schoeman (No. 2741932)

1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: paul.schoeman@hsfkramer.com

*Counsel for Darina Windsor*

KL3 3779106.1